UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. BROWN, JR., | No. 2:16-cv-1149 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| YELLOW FREIGHT TRUCKING, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. ("Local Rule") 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's in forma pauperis application does not make the showing required by 28 U.S.C. § 1915(a)(1). Plaintiff discloses that he received money from "Pensions, annuities or life insurance payments," as well as from "Disability or workers compensation payments" during the past 12 months. ECF No. 2 at 1. However, plaintiff fails to disclose "the amount received and what you expect you will continue to receive." See Id. at 1-2.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is DENIED;

2. Within 30 days of the date of this order, plaintiff shall file a new IFP form with all the entries completed, or pay the filing fee;

1

3. Failure to comply with this order may result in a recommendation that this matter be dismissed.

DATED: June 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE